

FILED

OCT 13 2005

ERK, U.S. DISTRICT COURT
RN DISTRICT OF CALIFO...

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART #P82312          205 - CV - 2063 MCE DAD PC
(Name of Plaintiff)                     (Case Number)
P.O. BOX 2500
(Address of Plaintiff)
VACAVILLE, CA. 95696-2500

              vs.                                    COMPLAINT

C/O BIGNEY
C/O SANDINE
C/O APPLEBERRY
(Names of Defendants)
ET AL

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner:   ☒ Yes    ☐ No

   B. If your answer to A is yes, how many?: 23 FEDERAL Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.) 7 STATE TORT LAWSUITS, 1 WRIT OF HABEAS CORPUS.

     1. Parties to this previous lawsuit:

      Plaintiff CLETE REO HART #P82312

      Defendants TRUST ACCOUNT OFFICE, RESTITUTION ACCOUNTANTS

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

    _EASTERN_

3. Docket Number _UNKNOWN_

4. Name of judge to whom case was assigned _UNKNOWN_

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
    _PENDING_

6. Approximate date of filing lawsuit _10/8/05_

7. Approximate date of disposition _PENDING_

II. Exhaustion of Administrative Remedies _I WILL SEND THE FULL LISTING WHEN I (CONT→) HAVE MORE PAPER I AM WITHOUT AT THIS TIME._

 A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No
    _IT IS FRAUDULENT!!!_

 B. Have you filed a grievance concerning the facts relating to this complaint?
    _MANY! MANY! MANY!_   ☒ Yes   ☐ No
    If your answer is no, explain why not _____

 C. Is the grievance process completed?   ☒ Yes   ☐ No

III. Defendants

 (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

 A. Defendant _BIGNEY_ is employed as _CORRECTIONAL OFFICER_ at _CALIFORNIA MEDICAL FACILITY_

 B. Additional defendants _C/O SANDINE, Y. CHENG, MS. PORTIA - LIBRARIANS, C/O APPLEBERRY, C/O McGLAUGHLIN, AS WELL AS MANY OTHERS LISTED IN MY STATE TORT LAWSUITS, FILED WITH: CALIFORNIA VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD, P.O. BOX 3035, SACRAMENTO, CA. 95812-3035 1-800-955-0045_

7

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

AT THIS TIME I HAVE TURNED IN AND FILED AT LEAST NINE LAWSUITS WITH THE AFORE LISTED STATE AGENCY. COPIES OF SUCH HAVE BEEN STOLEN FROM MY VARIOUS HOUSINGS, MAIL HAS BEEN STOLEN OVER AND OVER AGAIN CONCERNING MY CASES WITH THEM. ALL CASES THEY RECIEVE ARE VIABLE AND HAVE MUCH MERIT, THEY CONTINUE TO NOT ANSWER MY LETTERS, AND DENY OR DISMISS MY CASES, SO I MUST TURN THEM OVER TO A HIGHER COURT. MY WRIT OF HABEAS CORPUS IS ALSO IN QUESTION, AS NO REASON IS GIVEN FOR DENIAL.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

TO HAVE ALL OF MY STATE TORT LAWSUITS, AND LETTERS PAST, PRESENT, AND FUTURE, LOOKED INTO AND SETTLEMENTS MADE WITH ME FOR ALL OF THEM, AS I AM ONCE AGAIN A VICTIM OF A FAULTY JUDICIAL SYSTEM OF FRAUD, IN THE CASE NUMBERS: G546305, G546293, G548179, G555262, APPEAL LOG #CMF-05-412, AND TWO MISSING, I NEED ANSWERS TO ALL OF MY LETTERS, AND RESTITUTION PAID FOR ALL FRAUDULENT STATE COURT ACTIONS. IT'S THE POLICE!!!

Signed this 9th day of OCTOBER, 2005.

C.R. Nart #P82312
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10/9/05
(Date)

C.R. Nart #P82312
(Signature of Plaintiff)

8